U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 27 2015

TONY R. MOORE, CLERK
BY _____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| XIAO XU WU (A#099-327-598) | DOCKET NO. 15-cv-2341; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| DAVID C. COLE, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition filed pursuant to 28 U.S.C. §2241 be and is hereby dismissed without prejudice.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 26th day of October, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT